Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

# UNITED STATES DISTRICT COURT
for the
_____ District of _____

_____ Division

FILED
U.S. District Court
District of Kansas

OCT 0 5 2023

Clerk, U.S. District Court
By _____ Deputy Clerk

Elliott James Schuckman  Claudia Astudillo )
)
**Plaintiff(s)** )
*(Write the full name of each plaintiff who is filing this complaint.* )
*If the names of all the plaintiffs cannot fit in the space above,* )
*please write "see attached" in the space and attach an additional* )
*page with the full list of names.)* )
-v- )
Andrew Babin   C.T. Visil )
Stephanie Camarena   Garden City Police Department )
)
**Defendant(s)** )
*(Write the full name of each defendant who is being sued. If the* )
*names of all the defendants cannot fit in the space above, please* )
*write "see attached" in the space and attach an additional page* )
*with the full list of names. Do not include addresses here.)* )

Case No.   **6:23-cv-01214-HLT-BGS**
(to be filled in by the Clerk's Office)

Jury Trial: *(check one)* ☐ Yes  ☐ No

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Non-Prisoner Complaint)

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

Page 1 of 6

I.  **The Parties to This Complaint**

  A.  **The Plaintiff(s)**

  Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

  Name: Elliott James Schuckman
  Address: 1510 S. Washington
  City: Scott City   State: KS   Zip Code: 67871
  County: Scott
  Telephone Number: 620-640-8591
  E-Mail Address: studman6981@gmail.com

  B.  **The Defendant(s)**

  Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

  Defendant No. 1
  Name: Andrew Babin
  Job or Title (if known): Police Officer 0644
  Address: 304 N. 9th Street
  City: Garden City   State: KS   Zip Code: 67846
  County: Finney County
  Telephone Number: 620-276-1300
  E-Mail Address (if known):

  [✓] Individual capacity   [✓] Official capacity

  Defendant No. 2
  Name: Stephanie Camarena
  Job or Title (if known): Police Officer 0656
  Address: 304 N. 9th Street
  City: Garden City   State: KS   Zip Code: 67846
  County: Finney County
  Telephone Number: 620-276-1300
  E-Mail Address (if known):

  [✓] Individual capacity   [✓] Official capacity

Defendant No. 3
Name: C.J. Vigil
Job or Title (if known): Supervising Police Officer 0519
Address: 304 N. 9th St
City: Garden City  State: KS  Zip Code: 67846
County: Finney County
Telephone Number: 620-276-1300
E-Mail Address (if known):

☑ Individual capacity  ☑ Official capacity

Defendant No. 4
Name: Garden City Police Department
Job or Title (if known):
Address: 304 N 9th St
City: Garden City  State: KS  Zip Code: 67846
County: Finney County
Telephone Number: 620-276-1300
E-Mail Address (if known):

☐ Individual capacity  ☑ Official capacity

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against *(check all that apply)*:

☐ Federal officials (a *Bivens* claim)

☑ State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

4th Amendment (unlawful detainment/illegal search) 14th Amendment (violation of Due Process)

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

They are all police officers who were on duty at the time and they had no probable cause or reasonable suspicion.

### III. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. Where did the events giving rise to your claim(s) occur?

South 3rd Street Garden City KS.

B. What date and approximate time did the events giving rise to your claim(s) occur?

Oct 15 2021 around 9:30 a.m.

C. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

IV. **Injuries**

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

Mental anguish and depression from losing our son to the system. Claudia cries everyday, she is in constant anguish.

V. **Relief**

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

I am suing for mental and emotional duress that my family and I have been put through. Also, for GCPD for kidnapping my son. Probation fees and fines, jail time. I think with all the stress, one sidedness, and the fact we may lose our child I think $20 million is a fair number.

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 10/05/2023

Signature of Plaintiff _[signed]_ _[signed]_
Printed Name of Plaintiff    Elliott Schuckman    Claudia Astudillo Aguirre

### B. For Attorneys

Date of signing: _____

Signature of Attorney _____
Printed Name of Attorney _____
Bar Number _____
Name of Law Firm _____
Address _____

_City_    _State_    _Zip Code_

Telephone Number _____
E-mail Address _____

Place of trial Wichita KS

I.

A.) Claudia Astudillo Aguirre
1510 S. Washington
Scott City   KS   67871

Scott County
432-254-7671
cpaaguirre.1977@gmail.com

III. C.)

My girlfriend Claudia Astudillo, our son Victor, and I were parked facing north on 3rd street outside of our friend Dickey Montoya's apartment. A police crusior approached south bound on 3rd, did a U-Turn and pulled in behind me.

Officer Babin approached my vehicle and asked me to step out of the vehicle. I had a baseball between the driver and passenger seats. He said that for officer safety is why he asked me to step out and go to his vehicle. He asked to search my car. I told him that I do not consent to any searches.

Officer Camarena arrived on the scene in which Officer Bably ~~dsked~~ told me to sit in his cruiser while they question everyone else. I told him I still did not consent to any searches. They then had everyone exit the vehicle (except my son) and started to pat them down. Officer Camarena withdrew a bag with earrings in it from Claudia's pocket and said she hit. I yelled repeatedly from the police cruiser that they have no consent to search the vehicle.

From there drugs were located under the driver and passenger seats. My ~~girlfriend~~ wife Claudia and I were arrested, and our son was taken into state custody, with no effort made to put him with family or friends.

At no point in time was probable cause or even a reasonable suspicion articulated to justify a detainment, search, or to even approach our parked vehicle. Officer Camarena had no probable cause to search my girlfriend Claudia, or anyone else. Supervising Officer Vigil arrived at the scene to congratulate and watch. Even after illegal search was mention he continued to just smile and do nothing. Garden City Police Department practice progressive policing, where they arrest first then ask questions later. By doing this not only was my girlfriend and I jailed, but our son was kidnapped, a CINC case started, and our parental rights may be terminated. I am also on probation for this.

VI

A.)

10/05/2023

*[signature]*

Claudia Astudillo Aguirre.